**STATE of Missouri, Respondent,**

v.

**George BARTON, Appellant.**

**Nos. WD 51642, WD 53673.**

Missouri Court of Appeals,
Western District.

Jan. 6, 1998.

Ellen H. Flottman, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Barton was convicted by a jury of first degree burglary and attempted forcible sodomy, and sentenced as a prior offender. On direct appeal he asks for plain error review on instructions, and gender based errors in ruling of Batson challenges. His Rule 29.15 appeal was denied, including a claim trial counsel was deficient in not filing for dismissal based on a speedy trial violation. Judgments affirmed. Rule 30.25(b) and Rule 84.16(b).